**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of Texas _____
(State)

Case number (If known): _____ Chapter 11

**FILED**

JUN 1 3 2024

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pump Systems Management, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | PSM |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7 3 – 1 5 1 7 4 3 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1301 N. Globe Ave.<br>Number    Street | Number    Street<br>P.O. Box 721927<br>P.O. Box |
| Lubbock,    TX    74908<br>City    State    ZIP Code | Norman,    OK    73070<br>City    State    ZIP Code |
| Lubbock<br>County | **Location of principal assets, if different from principal place of business**<br>1301 N. Globe Ave.<br>Number    Street |
| | Lubbock,    TX    74908<br>City    State    ZIP Code |

5. **Debtor's website (URL)** None

| Debtor | Pump Systems Management, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

| 3 | 3 | 3 | 2 |
|---|---|---|---|

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

| Debtor | Pump Systems Management, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____  When _____  Case number _____
                                                     MM / DD / YYYY

          District _____  When _____  Case number _____
                                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____  Relationship _____

          District _____  When _____
                                                              MM / DD / YYYY

          Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____          _____
City                                       State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

Debtor     Pump Systems Management, Inc.
           _____        Case number (if known)_____
           Name

**18. Signature of attorney**        ✗  _____        Date    _____
                                         Signature of attorney for debtor                MM    / DD  / YYYY

                                         _____
                                         Printed name

                                         _____
                                         Firm name

                                         _____
                                         Number        Street

                                         _____   _____  _____
                                         City                                   State        ZIP Code

                                         _____    _____
                                         Contact phone                          Email address

                                         _____    _____
                                         Bar number                             State

Debtor   **Pump Systems Management, Inc.**                    Case number *(if known)*_____
Name

| 13. **Debtor's estimation of available funds** | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/13/2024
MM  / DD / YYYY

**✘** /s/ Randall Rentzel                          Randall Rentzel
Signature of authorized representative of debtor        Printed name

Title   President

( 806 ) 500 - 3431

# United States Bankruptcy Court
## Northern District Of Texas

Case No. _____

In re    **Pump Systems Management, Inc.**            Debtor      Chapter_____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Randall Rentzel**<br>**6312 73rd. St, Unit 922**<br>**Lubbock, TX 79424** | Common Stock | 10,000 | S CORP |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 17, 2024**_____    Signature _**/s/ Randall Rentzel**_____
                                                              **President/Owner**

BTXN 094 (rev. 5/04)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

In Re:  Pump Systems Management, Inc.

§
§
§    Case No.:
§
§
Debtor(s)    §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

April 17, 2024
_____
Date

_____
Signature of Debtor          06/05/2024

_____
Signature of Attorney (if applicable)

73-1517430
_____
Debtor's Social Security *(last four digits only)* /Tax ID No.

_____
Signature of Joint Debtor (if applicable)

_____
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

BancFirst
Shawnee
1939 Harrison Ave.
Shawnee, OK 74801

First United Bank & Trust
Spend life Wisely Co
1400 W. Main St.

Hammond Law Firm
Gary Hammond
512 N.W. 12th Street
Oklahoma City, OK 73103

Kabbage Inc.
730 Peachtree Street NE Suite 1100
Atlanta, GA 30308

Leonard, Long & Cassil, PLLC
6301 N Western Ave Suite 250
Oklahoma City, OK

Carmichael & Frost
3372 Peachtree Road NE Suite 3401
Atlanta, GA 30326

Baker Hughes
P.O. Box 301057
Dallas, TX 75303

Phillip Murrah, PC and IOCHEM Corporation
Corporate Tower
101 N Robinson Ave Suite 1300
Oklahoma City, OK 73102

Fellers Snider Law Firm
100 N. Broadway Ave STE 1700
Oklahoma City, OK 73102

Rentzel Properties, LLC
4608 Flintridge Drive
Norman, OK 73072

CitiBank
PO Box 6500
Sioux Falls, SD 57117

Chase
PO Box 6294
Carol Stream, IL 60197-6249

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Crowe & Dunlevy
324 North Robinson Ave.
Oklahoma City, OK 73102

Jake Jones Mediation
4801 Gallardia Pkwy. Suite 200
Oklahoma City, OK 73142

Dover Corporation
500 5th Ave.
New York, NY 10110

Watts and Watts
6303 N. Portland Ave., Suite 210
Oklahoma City, OK 73112

Mahaffey & Gore
300 NE 1st ST
Oklahoma City, OK  73104

Frontier Tubular
15730 Beaumont Hwy.
Houston, Texas 77049


Rentzel Energy Equipment Company
P.O. Box 721927
Norman, OK 73070

Rentzel Pump Manufacturing L.P
P.O. Box 721927
Norman, OK 73070

Oklahoma State Bank/Prism Bank
2610 S Division Street
Guthrie, Oklahoma 73044

Small Business Administration
Little Rock CLSC
2120 Riverfront Dr. Ste. 100
Detroit, MI, 72202