**PUMP SYSTEMS MANAGEMENT, INC. Projections**
**CASH FLOW PROJECTION DATES**

| INCOME STATEMENT | July.24 | Aug.24 | Sept.24 | Oct.24 | Nov.24 | Dec.24 | Jan-25 | Feb.25 | March.25 | April.25 | May.25 | June.25 | Year 1 | Year 2 | Year 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Sales:** | | | | | | | | | | | | | | | |
| PSM INCOME | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $660,000.00 | $1,119,992.00 | $1,210,000.00 |
| Total Sales | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $660,000.00 | $1,119,992.00 | $1,210,000.00 |
| **Cost of Goods Sold:** | | | | | | | | | | | | | | | |
| PSM COGS | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $433,800.00 | $727,994.80 | $786,500.00 |
| Total COGS | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $36,150.00 | $433,800.00 | $727,994.80 | $786,500.00 |
| Gross Profit | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $18,850.00 | $226,200.00 | $391,997.20 | $423,500.00 |
| GPM% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 35% | 35% |
| **Expenses:** | | | | | | | | | | | | | | | |
| Advertising | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $900.00 | $900.00 | $900.00 |
| Amortization | | | | | | | | | | | | | | | |
| Bad Debts | | | | | | | | | | | | | | | |
| Bank Charges | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Charitable Contributions | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| Commissions | | | | | | | | | | | | | | | |
| Contact Labor | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 | $36,000.00 | $33,000.00 |
| Credit Card Fees | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $445.00 | $5,340.00 | $5,340.00 | $5,340.00 |
| Delivery Expenses | | | | | | | | | | | | | | | |
| Depreciation | | | | | | | | | | | | | | | |
| Dues and Subscriptions | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $1,620.00 | $1,620.00 | $1,620.00 |
| Insurance | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 | $24,000.00 | $27,000.00 |
| Maintenance | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,800.00 | $3,000.00 | $3,000.00 |
| Miscellaneous | | | | | | | | | | | | | | $- | $1,600.00 | $1,600.00 |
| Office Expenses | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 | $7,100.00 | $12,000.00 |
| Operating Supplies | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 | $1,500.00 | $1,500.00 |
| Owner/Officer Comp. | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 | $36,000.00 | $36,000.00 |
| Other Salaries & Wages | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $4,375.00 | $52,500.00 | $121,000.00 | $137,000.00 |
| Payroll Taxes | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $590.00 | $7,080.00 | $13,831.70 | $16,122.30 |
| Permits and Licenses | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $600.00 | $600.00 | $600.00 |
| Postage | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Rent | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 | $36,000.00 | $36,000.00 |
| Repairs | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $2,028.00 | $2,028.00 | $2,028.00 |
| Telephone | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Travel & Entertainment | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $15,000.00 | $18,000.00 |
| Utilities | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Fork lift/Vehicle Expense | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $1,620.00 | $19,440.00 | $24,000.00 | $24,000.00 |
| Total Expenses | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $17,059.00 | $204,708.00 | $340,919.70 | $367,110.30 |
| Net Income | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $1,791.00 | $21,492.00 | $51,077.50 | $56,389.70 |
| | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 3.26% | 4.56% | 4.66% |

Secured Creditor
BancFirst liquidated asset value $27,700.00 less liquidation expenses $20,000.00 = $7,700 or $213.89/Month.
* Most of the Inventory is single purpose amounting to scrap value if liquidated

**FILED**
JUN 13 2024
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS